No. 947. ROODENKO *v.* UNITED STATES. March 26, 1945. Petition for writ of certiorari to the Circuit Court

of Appeals for the Tenth Circuit denied. *Mr. Carle Whitehead* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.